**E-FILED**
Thursday, 13 March, 2014  10:47:27 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHARON DAVISON d/b/a | ) | |
| S.K. DAVISON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No.  13-cv-01507-JES-JAG |
| | ) | |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF TEAMSTERS, LOCAL UNION | ) | |
| NO. 627, | ) | |
| | ) | |
|     Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Matthew B. Robinson with the law firm of Hesse Martone, P.C. and hereby enters his appearance on behalf of Plaintiff Sharon Davison d/b/a S.K. Davison in the above-captioned case.

Respectfully Submitted,

**HESSE MARTONE, P.C.**

By: /s/ Matthew B. Robinson
    Andrew J. Martone, #6203524
    Matthew B. Robinson, #6283854
    1650 Des Peres Road
    Suite 200
    St. Louis, Missouri 63131
    P: (314) 862-0300
    F: (314) 862-7010
    andymartone@hessemartone.com
    mattrobinson@hessemartone.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and accurate copy of the foregoing was served via the Court's CM/ECF system this 13th day of March 2014 to:

Nathan D. Eisenberg
The Previant Law Firm, S.C.
1555 North RiverCenter Drive
Suite 202
P.O. Box 12993
Milwaukee, WI  53212
nde@previant.com

*Attorney for Defendant*
*International Brotherhood of*
*Teamsters, Local Union*
*No. 627*

/s/ Matthew B. Robinson